O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER PHILLIP BLAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION; ET AL.,<br><br>　　　　Defendants. | Case No. 2:19cv09239 DDP(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　IT IS ORDERED that Defendant's Motion for Summary Judgment is denied.

```
 1        IT IS FURTHER ORDERED that the Clerk serve
 2   forthwith a copy of this Order and the Magistrate
 3   Judge's Report and Recommendation on Plaintiff and
 4   counsel for Defendant.
 5   Date:  March 4, 2025
```

_____
DEAN D. PREGERSON
United States District Judge